# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# Case Number 1:19-CV-00032-FDW

| | | |
|---|---|---|
| Bradley L. Mauney | ) | |
| **Plaintiff** | ) | |
| | ) | |
| Vs. | ) | **ENTRY OF DEFAULT** |
| | ) | |
| Burke County Sheriff's Office, et al., | ) | |
| | ) | |
| **Defendant** | ) | |

THIS CAUSE COMING BEFORE THE COURT for entry of default by the Clerk pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and upon the application of the Plaintiff for entry of default against J. Bollinger, Burke-Catawba District Confinement Facility, and FNU Marshall.

IT APPEARING TO THE COURT that the named J. Bollinger, Burke-Catawba District Confinement Facility, and FNU Marshall are in default for failing to plead or otherwise defend this action as required by law.

NOW THEREFORE, default is hereby entered against Defendant Burke County Sheriff's Office, J. Bollinger, Burke-Catawba District Confinement Facility, and FNU Marshall.

Signed: December 20, 2019

_Frank G. Johns_

Frank G. Johns, Clerk
United States District Court