# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:19-cv-00032-FDW

| | | |
|---|---|---|
| BRADLEY L. MAUNEY, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| BURKE-CATAWBA DISTRICT | ) | |
| CONFINEMENT FACILITY, et al., | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on Plaintiff's "Motion Opposing Defendants' Motion to Set Aside Entry of Default." [Doc. 24].

On December 18, 2019, Plaintiff moved for entry of default in this action, as Defendants had yet to plead or otherwise respond to Plaintiff's Complaint. [Doc. 15]. The Clerk entered default against Defendants. [Doc. 16]. On January 24, 2020, Plaintiff moved for default judgment. [Doc. 17]. On February 5, 2020, Defendants filed a motion to set aside entry of default. [Doc. 19]. The Court ordered that the entry of default be set aside and ordered Defendants to answer. [Doc. 21]. Defendants filed an answer to Plaintiff's Complaint the same day. [Doc. 22]. Subsequently, Plaintiff filed the current "motion," which is really a response to Defendants' motion to set aside entry of default. For the reasons stated in the Court's Order setting aside entry of default and because the issue is moot, in any event, the Court will deny Plaintiff's motion.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion Opposing Defendants' Motion to Set Aside Entry of Default [Doc. 24] is **DENIED**.

Signed: February 18, 2020

Frank D. Whitney
Chief United States District Judge