# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| BRADLEY L. MAUNEY, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:19-cv-00032-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| BURKE-CATAWBA DISTRICT CONFINEMENT FACILITY, et al., | ) ) ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 17, 2021 Memorandum of Decision and Order.

February 17, 2021

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court